# UNITED STATES DISTRICT COURT

## Southern District of Indiana

**FILED**

**02/19/2025**

**U.S. DISTRICT COURT**
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

**Bing Chen**

PO BOX 4813 Rockville , MD 20849

Email: lawyerchen518@gmail.com

Jie Chen

PO BOX 4813 Rockville , MD 20849

Email: usprei2017@gmail.com

**plaintiffs ,**

1:25-cv-330-RLY-MJD

Civil Action No.

Complaint

Racial defamation ,Racial discrimination

VS.          Jury Trial Demanded

**University of Notre Dame**

Notre Dame, Indiana 46556

**Defendant**

## Complaint

1.   This lawsuit challenges the University of Notre Dame because the Notre Dame Law School Religious Liberty Clinic publicly released an AMICI to the Court in Argentina, which included website content and related activities accusing China of genocide and crimes against the human rights of Uyghurs in Xinjiang. These

accusations, which include claims of rape, murder, illegal detention, and forced labor, are all false.

The defendant's actions constitute not only racial discrimination and racial defamation but also a racial character assassination. These actions harm the plaintiffs personally, as well as the Chinese community in the United States and Chinese people worldwide, while undermining the character and social reputation of Chinese people. Furthermore, the defendant abuses their position at the university to deceive and mislead certain segments of the American public and international community , thereby damaging the relationship between the United States and China.

It must be emphasized that the defendant and the associated personnel involved in this case lack rationality, violating the Civil Rights Act of 1964 and constitutes defamation under 28 U.S. Code § 4101.

For truth and justice, for the benefit of the plaintiffs including the Chinese people, and also for the interests and of the American people and national security, as well as for world peace, a jury trial and relief are requested.This is a lawsuit concerning the significant interests of the American people.

## Plaintiffs

2.1.    Bing Chen has lived and worked in Mainland China for 50 years.He has many years of experience as a practising lawyer in China and has traveled to Xinjiang. In May 2014, He settled in the United States with his wife and children. Bing Chen and his wife donated funds Pacific Research and Education Institute (PREI) is a non-profit organization registered in MD in May 2017 which had obtained 501(C)(3). Our Mission: To pursue world peace, progress, and prosperity by conducting in-depth research on U.S.-China relations, issues concerning

mainland China and Taiwan, promoting peaceful transformation of mainland China and integration between mainland China and Taiwan, and building bridges for communication and cooperation between China, the U.S..Pay special attention to the causes and solutions of conflicts between the United States and Bing Chen serves as the chief researcher of PREI.

2 .2    Jie,Chen    lives in Maryland and works in logistics.

## Defendant

3.    The University of Notre Dame is a private Catholic research university in Notre Dame, Indiana, United States.It was founded in 1842 by members of the clerical Congregation of Holy Cross. "This college will be one of the most powerful means for doing good in this country." — Rev. Edward Sorin, C.S.C., founder of the University of Notre Dame du Lac.The Notre Dame Law School Religious Liberty Clinic is part of the University of Notre Dame in the United States of America , which upholds the dignity of the American people.

### JURISDICTION , VENUE , STATUTES

4.    This Court has jurisdiction over Plaintiffs' constitutional and federal statutory claims pursuant to 28 U.S.C. § 1331、 The Civil Right Act of 1964、  28 U.S.C. § 4101

5.    Venue is proper in this district pursuant to 28 U.S.C. § 1391.

### Background to the case

6.    The Xinjiang Uyghur Autonomous Region is an autonomous region of the People's Republic of China, adjacent to Mongolia, Russia, Kazakhstan, Kyrgyzstan, Tajikistan, Afghanistan, Pakistan, and India. Xinjiang is home to multiple ethnic groups, including Uyghur, Han, Kazak, and Hui, with a population of more than 25.85 million, of which the Han population accounts for 42.24%; the minority population accounts for 57.76%, of which Uyghur population accounts for 44.96%. The Uyghur people have lived in Xinjiang for a long time. They are formed through long-term migration and ethnic integration. They have their own Uyghur language. Uyghurs are the second largest predominantly Muslim ethnicity in China. Xinjiang has always been a multi-ethnic area with multiple religions coexisting in history. It was once dominated by Buddhism. Since the 10th century, Islam has gradually become the main religion in this region. Catholicism and Protestantism were introduced into Xinjiang in modern times.

7.    Since the mid-nineteenth century, some Uyghur people have sought to break away from China and establish an independent nation-state. In November 1933, with the support of Britain, the Islamic Republic of East Turkistan was established in southern Xinjiang, and it was dissolved in March the next year. In November 1944, with the support of the Soviet Union, the Provisional Government of Yili was established，during this time, tens of thousands of Han Chinese were massacred. In June 1946, it came to an end.

8.   In 1991, the former Soviet Union collapsed and a number of Union Republics became independent . Some Uyghurs believe the time has come for Uyghur statehood.The East Turkestan Islamic Movement (ETIM) is a Uyghur group that uses violence to advance its goal of establishing an independent so-called "East Turkestan" in Xinjiang, China. Since January 2007, the "East Turkistan Islamic Movement" has become active again with the support of the Taliban and Al Qaeda. The organization has been identified by the Chinese Government as being involved in a number of terrorist activities in China and is also listed as a terrorist organization by the United States Government.

9.   Uyghur separatist terrorism from the 1990s, Uyghurs outside China joined Islamic terrorists to start the East Turkistan Independence Movement . registered in the United States in 2004 as a non-profit organization .The East Turkistan Government-in-Exile's Diplomacy & Human Rights Office Inc. There are positions such as president, speaker, prime minister, etc.

10. According to the Wikipedia list of terrorist activities in Xinjiang, 14 terrorist incidents occurred in Xinjiang from February 28, 1991, to June 29, 2012, including bus explosions, violent attacks, and hijacking of civil aviation planes. Those incidents resulted in 320 deaths (including criminals), more than 1980 were injured. Especially in the July 5,2009 in Ürümqi riots, 197 people were beaten and stabbed to death, 1721 were injured, most of them were Han. This is obviously a

terrorist incident against Han Chinese, and the World Uyghur Congress reversed black and white and declared that it was a massacre of Uyghurs.

11. In 2001, the 9/11 terrorist attacks occurred in the United States.From April 2013 to December 2016, 13 terrorist incidents occurred and caused 316 people killed and 292 injured in Xinjiang . Among them, an armed battle and explosion occurred in on April 30, 2014. The incident resulted in 3 deaths and 79 injuries ,Xi Jinping, President of   China,was being inspected Xinjiang.

12.   From 1993 to 1997, six Islamic religious people were either killed or stabbed in Xinjiang.The terrorist attack on Tiananmen Square in Beijing in October 2013 resulted in 5 deaths.On March 1,2014, a group of eight terrorists from the East Turkistan separatist of Xinjiang rushed into the Kunming Railway Station square with weapons, killed 31 people and injured 141. The incident shocked the Chinese people, just as the Americans felt uneasy after seeing the plane after the September 11 incident. People in mainland China are deeply threatened, and they feel uneasy when they go to railway stations and public places. At that time, people in China felt insecure.

13.   Chinese government believes that the Xinjiang is deeply affected by terrorism, separatism and religious extremism ("Three Evils"). It is the source of social unrest. Organizations such as East Turkestan Islamic Movement (ETIM) and Turkistan Islamic Party are Terrorism of The Black Hand in Xinjiang, which

use religion to spread extreme ideas, incite ethnic hatred, and divide the country. From 1990 to 2016, thousands of terrorist attacks occurred in Xinjiang, caused a large number of innocent casualties and property losses, which greatly hindered Xinjiang's economic development and social progress. Many Han people returned to the mainland from Xinjiang.

14.    China has special preferential policies for ethnic minorities, not only in terms of state financial subsidies, students attending college, childbirth, etc., but also on "the criminals of ethnic minorities must insist on 'less catching and killing', and the handling of them must be as lenient as possible." It can be seen that Xinjiang's "Three Evils" pose a serious threat to Xinjiang and the mainland of China.

15.    "Since 2013, thousands of Uighurs, a Turkic-speaking Muslim minority from western China, have traveled to Syria to train with the Uighur militant group Turkistan Islamic Party and fight alongside al-Qaida, playing key roles in several battles." They were fighting against the American military. "The end of Syria's war may be the beginning of China's worst fears." Uyghur fighters in Syria vow to come for China next.

16.    On May 23, 2014, Xinjiang launched a one-year special campaign to crack down on violence and terrorism, and proposed to resolutely curb the frequent occurrence of violent terrorist activities, to prevent the violent terrorism

and religious extremist activities from spreading to the inland, and to ensure the long-term peace and stability of Xinjiang's society, turn the violent terrorists and religious extremists into "the rats crossing the street that everyone shout of beating."

17.   In May 2014, Xi Jinping presided over the second Central Xinjiang Work Forum, put forward the strategy of "ruling Xinjiang according to law, uniting and stabilizing Xinjiang, and building Xinjiang for long-term", emphasizing "social stability and long-term stability" and "ethical unity". Premier Li Keqiang emphasized the relationship between "handling the relationship between development and stability" and "employment".A special campaign was launched to crack down on violent terrorist activities, with criminal prosecutions and trials for the individuals involved.

18.   In 2017, publicly transforming education for "people infected by religious extremes, violent and terrorist ideas", "studying in an education transformation class is a free hospitalization for people who are ideologically ill" This is what the West calls concentration camps and education camps, but the Chinese government considers it to be vocational training and education. Using criminal means to combat violent terrorism, religious extremism, and separatist behavior is a hard method, while education transformation is a soft method. In 2014, the fight against extremism included "study class about rules of laws",

"transformation center", "learning center" and other forms of education transformation began. In November 2017, the British media reported: A Uighur from Kashgar said that the "learning center" is like a university. You can eat, sleep, and go to classes, but just can't leave without permission.

19.    In September 2018, the situation of the Xinjiang Education and Training Center told by the people in Xinjiang interviewed by the New York Times reporter was relatively objective, "Unbearable daily singing sessions; speeches and self-criticism meetings; and those the grieving anxiety of don't know when they will be released." There is no such thing as being abused, although the bias in these comments is obvious.

20.    Regarding the scams and farces that violate human rights in Xinjiang, the World Uyghur Congress is the main organization of planning and manipulation. Its headquarter is in Germany.The article, Inside the World Uyghur Congress: The US-backed right-wing regime-change network seeking the 'fall of China' by Ajit Singh, has a detailed introduction.China accused Dolkun Isa, the "World Uyghur Council", Ilshat Hassan Kokbore, and the Uyghur Language Department of Radio Free Asia, etc., for "formed an organization of collusion at home and abroad." It was related to the "July 5" horror incident in Urumqi .Mr.Ilshat Hassan Kokbore publicly proclaimed: "The only way of Uighurs to find a way out is to taking the route of independent violent revolution." He publicly stated that the Han Chinese

in Xinjiang were political immigrants and regarded them as enemies.    On Aug 19, 2017,He as the chairman of the Uyghur Association of America, publicly lied: 2000 students from Xinjiang University have disappeared and claimed that the CCP had committed genocide to the Uyghurs.He is the chief planner of the Xinjiang " genocide".

21.    With the support of relevant interest groups, the participation of European and American media, and the background of geopolitical competition between the United States and China, the so-called scam of the century and international farce of China's Xinjiang genocide, crimes against humanity, and forced labor were staged. The United States introduced Uyghur-related bills, sanctioned relevant Chinese companies and individuals, and banned the import of Xinjiang products. China counterattacked and sanctioned relevant personnel in Europe and the United States.

22.    The main methods of fabricating a hoax about Xinjiang:

（1）. Lies openly, Ilshat Hassan Kokbore is the first.

（2）. Fake news, Radio Free Asia is the representative.

（3）. False victims ,Tursunay Ziyawudun, Sayragul Sauytbay et al.

（4）. False reports in the name of academics, Adrian Zenz.

（5）. False reports, Campaign for Uyghurs.

（6）  . Deliberately distorting relevant internal documents in Xinjiang，China. The Xinjiang Papers15.

（7）  . False victim TV interviews, BBC.

（8）  . False testimony in Congress, Nury Turkel, Adrian Zenz.

（9）  .Create false documents, represented by Xinjiang Police Files, Ilshat Hassan Kokbore, Adrian Zenz directly participated .

（10）  . Think tank fake research reports, Newlines Institute for Strategy and Policy, and so on .

（11）  .Human rights reports with false materials, and false conclusions, Amnesty International22, Human Rights Watch .

（12）  . False trial performance.

23.    These individuals and organizations, exploiting the American system of freedom and democracy, are involved in fabricating false information about Xinjiang, generating false reports, testifying falsely before Congress, taking funds from American taxpayers, and Conspiracy to Defraud the United States and the American people. They are endangering the national interests and security of the United States, as well as harming the interests of American consumers. Under 18 U.S. Code § 1001- lying to Government Agents, 18 U.S. Code § 1746-Unsworn declarations under penalty of per-jury, 18 U.S. Code § 1031-Major fraud against the United States，and 18 U.S. Code § 371-Conspiracy to Defraud the United

States, they will be held accountable and sanctioned.

24.     Campaign for Uyghurs incorporated, On July 8, 2020, stated: "[we are] pleased to announce the release of a new report: 'China's Genocide in East Turkistan: The Genocide of Uyghurs by Definition of the United Nations Convention on Genocide Prevention".Yet, this organization has been nominated for the Nobel Peace Prize for the second time—this is simply outrageous.

25.     On January 19, 2021, shortly before leaving office, Secretary of State Michael R. Pompeo declared: " I have determined that since at least March 2017, the People's Republic of China (PRC), under the direction and control of the Chinese Communist Party (CCP), has committed crimes against humanity against the predominantly Muslim Uyghurs and other members of ethnic and religious minority groups in Xinjiang.""I have determined that the PRC, under the direction and control of the CCP, has committed genocide against the predominantly Muslim Uyghurs and other ethnic and religious minority groups in Xinjiang."

26.  In the Brookings Institution article "How will the Biden administration's China policy be remembered?", author Ryan Hass analyzes the Biden administration's approach to China ："Biden administration blunders：Many of the Biden administration's missteps on China policy can be traced back to a tendency to allow politics to drive policy. This tendency repeated itself throughout the Biden administration. For example, as the nominee for secretary of state, Blinken made news by declaring that China was engaging in genocide in Xinjiang. Blinken

was already secure in his confirmation and did not need to create news in his hearing to become secretary of state. He easily could have indicated he would prioritize reviewing the available evidence to reach a judgment on whether China was committing genocide after he assumed office. This would have bought him time and space to use the ongoing review as leverage to push China to make specific observable changes in its behavior, and if it did not, render a judgment that genocide was being committed. Instead, Blinken publicly declared before he had even been sworn in that China's authorities were genocidal. Such a move served as an early instance of political calculations taking precedence over sound diplomacy." **U.S. government officials claim the so-called genocide and crimes against humanity in Xinjiang, which is clearly driven by geopolitical competition.**

27.    August 2022，UN Human Rights Office issues assessment of human rights concerns in Xinjiang, China ： The extent of arbitrary and discriminatory detention of members of Uyghur and other predominantly Muslim groups, pursuant to law and policy, in context of restrictions and deprivation more generally of fundamental rights enjoyed individually and collectively, may constitute international crimes, in particular crimes against humanity. "may" ? YES OR NO? Crime is a matter of fact. If it exists, there must be a series of evidence. If it does not exist, it cannot be proved.

28.    The Chinese government submitted a 131-page note in opposition and refutation of the United Nations High Commissioner for Human Rights report on the situation in Xinjiang. Separately, there is a Critical Analysis' of this assessment on human rights in Xinjiang, conducted by Jaq James, an Australian scholar and lawyer.

### Defendant's statement

29.    Relevant interest groups demonize China and the Chinese people. European and American Uyghur organizations have sued the Chinese government in an Argentine court for genocide and crimes against humanity in Xinjiang. It is reported that the case has not been formally accepted and investigated,The case is filed. After the appeal, On July 11, 2024, the Federal Criminal Supreme Court of Argentina ordered an investigation into the alleged genocide of Uyghurs by Chinese state agents.

**30.**    On February 21, 2023, the Religious Liberty Clinic at Notre Dame Law School filed an amicus brief with the courts in Argentina, accusing China of genocide and crimes against humanity in Xinjiang. This brief, published on the defendant's website and widely disseminated, Conclusion **：China's atrocities against the Uyghur people, amounting to the legal definitions of crimes against humanity and genocide, are well-documented and encompass every aspect of a Uyghur's life. China has intentionally engaged in all prohibited**

acts that constitute genocide under international law and done so with the requisite intent to destroy the Uyghurs as a group in whole or in part. China has also engaged in a widespread and systematic manner in all eleven acts that constitute crimes against humanity under international law, and it has done so as part of a widespread and systemic attack against a civilian population, with knowledge that it is doing so. This Court should exercise jurisdiction over the case and rule that China is guilty of these dire crimes.(p39)

The defendant's public dissemination of discrimination, defamation, hatred, and demonization of the Chinese people has reached a peak, with extremely adverse impacts. The defendant should bear legal responsibility for these actions!

31.         **Statements of the defendant**

**TABLE OF CONTENTS**

INTERESTS OF THE *AMICI* ................................................................................................. **3**

INTRODUCTION ................................................................................................................... **6**

BACKGROUND ..................................................................................................................... **8**

ARGUMENT ......................................................................................................................... **14**

I. China's suppression of the Uyghur community is genocide under international law. ............ 14

    A. China has committed all five actions that constitute genocide under international law. ................................................................................................................................. 16

        a)  The Chinese government has killed members of the Uyghur population............. 16

        b)  The Chinese government has caused serious bodily and mental harm to Uyghurs through systematic detention, torture, surveillance, and suppression of their religious and cultural heritage. ................................................................... 18

        c)  The Chinese government has deliberately imposed on the Uyghur people conditions of life calculated to destroy them. ........................................................ 24

        d)  The Chinese government has imposed measures intended to prevent Uyghur births, including through forced sterilization and forced abortion. ...................... 24

        e)  China is forcibly transferring Uyghur children to another group. ......................... 26

    B. In taking these actions, China "intends to destroy, in whole or in part, a national, ethnical, racial, or religious group, as such." .............................................................. 27

II.      China has committed crimes against humanity under international law against the Uyghur population........................................................................................................................ 30

    A. The Chinese government has engaged in each act that constitutes crimes against humanity against the Uyghur people................................................................................ 30

        a-b)  The Chinese government is murdering and exterminating the Uyghur people.. 30

        c)  The Chinese government has enslaved Uyghurs in internment camps and through forced labor.................................................................................................. 31

        d)  The Chinese government has forcibly transferred the Uyghur population........... 32

        e)  The Chinese government has imprisoned and severely deprived Uyghurs of their liberty................................................................................................................ 33

        f)  The Chinese government has tortured Uyghurs....................................................... 34

        g)  Chinese officials have engaged in rape, enforced sterilization, abortion, and other comparable forms of sexual violence. .......................................................... 34

        h)  The Chinese government has persecuted Uyghurs for their religion and ethnicity..................................................................................................................... 35

        k)  The Chinese government has engaged in the enforced disappearance of Uyghurs..................................................................................................................... 36

1

l)  The Chinese government has engaged in other inhumane acts of a similar
    character intentionally causing great suffering, or serious injury to body or to
    mental or physical health. ................................................................................. 37

B.  These actions are part of a "widespread and systematic attack directed against a
    civilian population, with knowledge of the attack." ...................................... 38

CONCLUSION ........................................................................................................ 39

This is the defendant's Table of Contents from The Amic.

32.    The Notre Dame Law School Religious Liberty Clinic is the principal contributor to this brief. In the Amic: "China has committed numerous atrocities against the Uyghur people," "Uyghurs have been forcibly removed from their homes and put into 'reeducation camps,'"(p6) " where they are tortured, forced into labor, and cut off from their families. Many Uyghurs do not survive their torture in the camps."  " Uyghur women are often raped, at home and in the detention camps. Government agents forcibly sterilize them so that the Uyghur population will die out. Uyghur children are forcibly removed from families so that they can be Sinicized, assimilated into the majority Han Chinese culture."(p6) "China's suppression of the Uyghur population, including through forced detention, torture, killing, systematic annihilation, and forced sterilization clearly are international crimes over which this Court may exercise universal jurisdiction. "(P7)

33.    In the Amic:"Many Uyghurs have been executed on purely political grounds."(P9) "Many Uyghurs—some who peacefully protested and others purely

for reasons of their Uyghur identity—were subjected to arbitrary detention, forced disappearance, extrajudicial killing, imprisonment, torture, and execution."(P9)

34.    In the Amic:"Six years since China began covertly expanding its network of camps, untold numbers of Uyghurs have been tortured or killed, many others have been forced to suppress their religious beliefs and ethnic identities, and the Xinjiang birthrate portends devastation for Uyghurs' future." （p15）

35.    In the Amic: "Accordingly, several reports confirm that Chinese authorities and guards within the concentration camps have murdered Uyghurs in their custody.Some Uyghurs, specifically Uyghur community leaders, have been outright executed by camp officials, while others have been killed in custody through other means."(P17)

36.    In the Amic : One expert estimates that five to ten percent of those imprisoned in the detention camps die there."(P17) Reports of murders are corroborated by evidence of recently constructed, discreetly located crematoria on the grounds of concentration camps in Xinjiang."(P18) "Moreover, the Chinese government targets Uyghurs for forced organ harvesting.(P18)

37.    In the Amic : " The camps inflict various forms of other torture on detainees. Chinese officials interrogate detainees for hours at a time. During interrogations, they beat detainees with electric batons, restrain them in agonizing positions in a contraption called a 'tiger chair,' and place them in prolonged

solitary confinement." (p20) " In the concentration camps, women are subjected to rape and sexual violence. "(p21)

38.    In the Amic : " Some of the 'Becoming Family' officials rape and sexually abuse Uyghur women in their homes, even while their husbands are present.

39.    The Chinese government forces Uyghur women to be sterilized against their and their families' wills."(P 23)

40.    In the Amic : " China forcibly separates Uyghur children from their parents and sends them to boarding schools and orphanages where they are subjected to forced indoctrination. Between 800,000 and one million Uyghur children have been separated from their families, some as young as months old. Many of these children are placed in state-run institutions without parental consent, where they are indoctrinated to reject Uyghur cultural norms and values. "(p 26)

41.    In the Amic : " Accordingly, camp guards have reported that they were ordered to maintain the system 'until all Muslim nationalities would be extinct.' "(P 28)

42.    In the Amic : The Chinese government has enslaved Uyghurs in internment camps and forced them into a compulsive labor scheme that forces Uyghurs to take jobs for miniscule pay in regions where Uyghurs are a minority.(p31)

43.    In the Amic : "    Women are often raped, sexually assaulted, and subjected to non-consensual medical experimentation."(P34 ) " Chinese officials have engaged in rape, enforced sterilization, abortion, and other comparable forms of sexual violence. "(P34) " Officials both in the camps and as part of the "Becoming Family" program rape women, force women to perform oral sex, and make them suffer various forms of sexual humiliation, including forcible nudity. "(P35)

44.    In the Amic : " In addition to locking up adults, the authorities have exercised cruel methods of child separation, placing the children of detained Uyghurs into state-run orphanages, and in some cases, putting those children up for adoption by Chinese families." (P 12)

45.    In the Amic ,p39:

**CONCLUSION**

China's atrocities against the Uyghur people, amounting to the legal definitions of crimes against humanity and genocide, are well-documented and encompasses every aspect of a Uyghur's life.

China has intentionally engaged in all prohibited acts that constitute genocide under international law and done so with the requisite intent to destroy the Uyghurs as a group in whole or in part. China has also engaged in a widespread and systematic manner in all eleven acts that constitute crimes against humanity under international law, and it has done so as part of a widespread and systemic attack against a civilian population, with knowledge that it is doing so. This Court should exercise jurisdiction over the case and rule that China is guilty of these dire crimes.

46.    Defendant's website articles： "In what appears to be the largest incarceration of an ethnoreligious group since World War II, millions of Uyghurs have been subjected to re-education, rape, constant surveillance, and familial separation at the hands of the Chinese government.""This amicus brief filing is the latest effort undertaken by the Notre Dame Law School Religious Liberty Initiative to bring awareness to and encourage action against the atrocities enacted by the Chinese government."

47.    "Notre Dame Law School's Religious Liberty Initiative hosted "The Uyghur Genocide & Threats to Religious Liberty: A Conversation with Commissioner Nury Turkel" on October 10，2022. The event was co-sponsored by the Kroc Institute for International Peace Studies, Kellogg Institute for International Studies, Klau Institute for Civil and Human Rights, Liu Institute for

Asia and Asian Studies, and Notre Dame's Political Science Department."

48.    "Uyghur-American attorney and human rights advocate Nury Turkel sat with Professor Stephanie Barclay, director of the Religious Liberty Initiative, to share details on China's hostile treatment toward Uyghur Muslims in Xinjiang; the genocide's technological, political, and economic effects on the international community; and small, yet impactful actions that students and the general public can take to support the Uyghur people. "

49.    "Turkel's inspiring personal story and **skilled advocacy** have drawn the world's attention to the Chinese government's ongoing abuses against the Uyghur people, millions of whom continue to work under slavery conditions and face torture, rape, forced sterilization and abortion, constant political indoctrination, and even execution. G. Marcus Cole, the Joseph A. Matson Dean and Professor of Law at Notre Dame Law School, said Turkel is the ideal representative to receive the first Notre Dame Prize for Religious Liberty." "This genocide and its implications, the culmination of decades of oppression, looms dark and threatening in our world,".

50.    Dec11, 2023,in the United Kingdom , Defendant organises events:Honouring the Uyghur People Seeking Accountability Amidst the Uyghur Genocide on the 75th Anniversary of the Genocide Convention.



Why are they singing and dancing about when they're being 'genocided'?

51.    All of the above content has been publicly disclosed on the defendant's website and and public events to the world, using language that is sinful, shameless, vulgar, and pornographic, deliberately and falsely depicting Xinjiang in China as a living hell: 'They are also systematic, part of an organized scheme implemented by the government rather than one-off undertakings of rogue actors.' The demonization of China and the Chinese people is outrageous! Some of this content includes quotes from Western media reports and research reports by relevant   interest   organizations or individuals ; some of it is exaggerated, some deliberately misinterpret the original meaning . Some of them are from Mr.Nury Turkel published No Escape: The True Story of China's Genocide of the Uyghurs. Some are rubbish research reports by the German Adrian Zenz. "In April 2017, the legislative body (Xinjiang, China)… essentially criminalized 48 behaviors:

growing a beard, wearing a religious outfit, praying, keeping a prayer mat or religious text, adhering to holidays, refusing to smoke or drink," etc. The contents were all fabricated by the defendant himself.

**The allegations of genocide and crimes against humanity in Xinjiang are the scam of the century and an international farce**

52.    Since the United Nations Development Programme first calculated the Human Development Index globally in 1990, China is the only country that has leaped from a low to a high human development level, with its expected average life expectancy surpassing that of the United States. As a developing country, China indeed faces many problems that severely affect it, especially the lack of universal and fair election rights, and issues with the rule of law. Every policy implementation has multifaceted effects, including China's Xinjiang policy. It's normal for some to raise criticisms. However, fabricating and spreading false, baseless accusations of crimes, Cheat the American and European people out of their money and insult their intelligence that is intolerable to both the Chinese and American peoples.

53.    The so-called issue Xinjiang , accusing the Uyghurs of genocide, crimes against humanity, and forced labor, is entirely untrue. These are lies, scams, and racial discrimination, racial defamation, and hatred against Chinese people, including Chinese Americans, perpetrated by relevant interest groups and individuals.

54.    Article 4 of the Chinese Constitution states: "All ethnic groups in the People's Republic of China are equal. The state protects the lawful rights and interests of the minority ethnic groups and upholds and develops a relationship of equality, unity, and mutual assistance among all of China's ethnic groups. Discrimination against and oppression of any ethnic group are prohibited; any act

that undermines the unity of the ethnic groups or instigates division is forbidden; the state shall assist areas inhabited by minority ethnic groups in accelerating their economic and cultural development according to the characteristics and needs of the various minority ethnic groups; people of all ethnic groups have the freedom to use and develop their own spoken and written languages, and to preserve or reform their own customs and habits."

55.    Article 33 of the Chinese Constitution:    The state respects and protects human rights.

56.    Article 36 of the Chinese Constitution: Citizens of the People's Republic of China have freedom of religious belief. No state organ, public organization, or individual may compel citizens to believe in, or not believe in, any religion; nor may they discriminate against citizens who believe in, or do not believe in, any religion. The state protects normal religious activities. No one may make use of religion to engage in activities that disrupt public order, impair the health of citizens, or interfere with the state's educational system. Religious bodies and religious affairs are not subject to any foreign domination.

57.    According to Law of the People's Republic of China on Regional National Autonomy, the Chairman of the Xinjiang Autonomous Region Government, the head of the Standing Committee of the People's Congress—the legislative body—and the President of the High Court are all Uyghurs. Furthermore, ethnic minority officials in Xinjiang make up 51.4% of the total.

58.    All accusations of genocide, crimes against humanity, and forced labor in Xinjiang, according to Chinese criminal law, are criminal acts. China's Xinjiang policy could not possibly contravene its criminal law; This is common knowledge in social and legal contexts.

59. Chinese Confucian culture emphasizes social harmony. Confucius, born

in 551 BC, is a representative of Confucianism and advocates "Do not do to others what you do not want done to yourself," which has been followed by the Chinese people for thousands of years. "In everything, do to others what you would have them do to you, for this sums up the Law and the Prophets." (Matthew 7:12, NIV) Both are known as the Golden Rule. Based on the above Chinese Constitution, laws, and cultural traditions, the so-called genocide, crimes against humanity, and forced labor against Uyghurs in Xinjiang are impossible, In today's China.

60.    More importantly, none of the allegations of human rights crimes by the Chinese government in Xinjiang have been substantiated with verifiable criminal cases; None of the accusations have information about the perpetrators. Without a perpetrators, where do the crimes of human rights abuse come from?!    It is said that so many people died in the Xinjiang genocide. Who were they? Can anyone disclose their civil ID numbers?

61.    The reality is that ethnic minorities in China enjoy more privileges than the Han people, such as priority in university admissions for minority students. Previously, criminal policies provided special consideration for ethnic minorities, causing dissatisfaction among the Han people. Under the original one-child policy, Han people generally could only have one child, whereas Uyghurs in urban areas could have two, and those in rural areas could have three. Of course, now there are no birth restrictions, but the birth rate is very low, and China faces a severe crisis of aging and population decline. There is no doubt that the one-child policy was the most foolish strategic mistake China made since the start of its reform and opening up in 1978.

## Legal issues in this case

62.    The international community has understood since 1948 that genocide, the most heinous of crimes, merits swift response—no matter where in the world it is perpetrated, and this is in accordance to the duty to prevent and punish the crimes under Article I of the U.N. Convention on the Prevention and Punishment of the Crime of Genocide (Genocide Convention). China ratified and acceded to the Convention in 1983.

63.    Article II of Convention on the Prevention and Punishment of the Crime of Genocide: In the present Convention, genocide means any of the following acts committed with intent to destroy, in whole or in part, a national, ethnical, racial or religious group, as such:

a)  Killing members of the group;

b)  Causing serious bodily or mental harm to members of the group;

c)  Deliberately inflicting on the group conditions of life calculated to bring about its physical destruction in whole or in part;

d)  Imposing measures intended to prevent births within the group;

e)  Forcibly transferring children of the group to another group.

64.    In 1998, The Rome Statute established the International Criminal Court with Article 7 conceptualize crimes against humanity as acts committed in furtherance of a state or organizational policy.

(1) For the purpose of this Statute, 'crime against humanity' means any of the following acts when committed as part of a widespread or systematic attack directed against any civilian population, with knowledge of the attack:

a.        Murder;

      b.        Extermination;

      c.        Enslavement;

      d.        Deportation or forcible transfer of population;

      e.        Imprisonment or other severe deprivation of physical liberty in violation of fundamental rules of international law;

      f.        Torture;

      g.        Rape, sexual slavery, enforced prostitution, forced pregnancy, enforced sterilization, or any other form of sexual violence of comparable gravity;

      h.        Persecution against any identifiable group or collectivity on political, racial, national, ethnic, cultural, religious, gender as defined in paragraph 3, or other grounds that are universally recognized as impermissible under international law, in connection with any act referred to in this paragraph or any crime within the jurisdiction of the Court;

      i.        Enforced disappearance of persons;

      j.        The crime of apartheid;

      k.        Other inhumane acts of a similar character intentionally causing great suffering, or serious injury to body or to mental or physical health.

(2) For the purpose of paragraph 1:

'Attack directed against any civilian population' means a course of conduct involving the multiple commission of acts referred to in paragraph 1 against any civilian population, pursuant to or in furtherance of a State or organizational policy to commit such attack;

China has not joined the Rome Statute of the International Criminal Court.

65. The defendant publicly accuses China of human rights violations in Xinjiang, stating that China has committed all five actions that constitute genocide under

international law , and China has committed crimes against humanity under international law against the Uyghur population.

66.    All the acts mentioned in the defendants' allegations, news reports, research reports, and the allegations of witnesses or victims, especially those occurring in 'concentration camps' in Xinjiang, are suspected of violating the following aspects of China's criminal law:1. Article 238. false imprisonment; 2. Article 232 intentional homicide; 3. Article 236 rape; 4. Article 234. intentional injury; 5. Article 2v . forced labor; 6. Article 247. extort confessions by torture; 7. Article 151. 1 the crime of illegally depriving citizens of freedom of religious belief; 8. Article 251. the crime of infringing on the customs and habits of ethnic minorities; 9. Article 249. the crime of inciting ethnic hatred and ethnic discrimination; 10. Article 257. the crime of interfering with the freedom of marriage; 11. Article 397. the crime of negligence of duty; 12. Article 237. the crime of compulsory indecency and insult; 13. Article 239. 1 kidnapping; 14. Article 245. the crime of illegal search; 15. Article 245. illegal trespass to residence; 16. Article 246. insulting; 17. Article 260. Crime of abuse of supervised person; 18. the crime of obtaining evidence through violence; 19. Article 233. negligent homicide; 20. Article 235. The crime of serious injury caused by negligence; 21. Article 276.1 The crime of refusal to pay for labor; 22. Article 260. the crime of abusing dependent; 23. Article 358. the crime of forced prostitution; 24. Article 275. the crime of deliberately destroying property; 25. The crime of insult and defamation; 26. Article 245. The crime of illegal search and illegal trespassing of houses; 27. Article 262. The crime of child kidnapping; 28. Article 234. The crime of organizing selling Human organ crime; 29. Article 134. Paragraph 1 The crime of major liability accident; 30. Article 254 The crime of retaliation and framing; 31. Article 243 The crime of false accusation and framing; etc.

These crimes are mostly public prosecution, but some are private prosecution. In

public prosecution cases, if the Public Security Bureau, the procuratorate, not accept the report, they can all be private prosecution.

67.    If the defendant's accusations of these crimes are true, victims or their families and friends can personally or through a lawyer file a complaint with the public security bureau, the procuratorate, or the court; they can report government personnel to the National Supervisory Commission or the Communist Party's disciplinary committee; they can personally go, write letters, send emails, make phone calls, or use the internet to report the crime; they can also publicly expose and denounce it on social media.

68.    However, regarding all the accusations of genocide, crimes against humanity, and forced labor as human rights violations in Xinjiang, no relevant publicly disclosed information or records are seen in China, including on Chinese online media platforms. **The biggest joke about allegations of genocide, crimes against humanity and forced labor in Xinjiang is that there is not a single perpetrator of the crimes!** The allegations from so-called victims and witnesses outside of China lack specific details of the crimes, such as the exact time, place, and circumstances. Especially, there are no identified perpetrators or witnesses to verify, with all claims based solely on the testimonies of alleged victims and witnesses. Furthermore, the identities and testimonies of these publicly named 'victims' and 'witnesses' have been revealed and refuted by relevant Xinjiang

authorities through press conferences, and to date, no one has provided evidence to counter these refutations from Xinjiang authorities.

69.     If these serious human rights violations against the Uyghurs are true, how could there be no public protests or resistance from Uyghurs in China? How is it possible that the Chinese public wouldn't openly condemn such actions?    The so-called genocide and crimes against humanity in Xinjiang are also an insult to the Uyghurs in Xinjiang.

70.     If the alleged genocide, crimes against humanity, and forced labor in Xinjiang were true, they would necessarily involve a large number of specific individual cases of murder, rape, torture, forced labor, and intentional injury. The absence of such cases cannot be proven. The defendant has a legal obligation to substantiate their claims, otherwise, they should bear legal responsibility !

71.     The defendants, disregarding the English-speaking world, including Americans, are perpetuating the falsehood of so-called "genocide" and "crimes against humanity" in Xinjiang .Tthe defendant is 'with reckless disregard of whether it was false or not' and with actual malice. The statements of the defendants are not opinion, and therefore do not have privilege of opinion. The defendants involved in this case are basically rational and know that there is no evidence of the so-called Xinjiang genocide and crimes against humanity, and that the so-called testimony is clearly contradictory. The defendants deliberately

fabricated or spread false information and spread lies that slander and demonise China and the Chinese people, The plaintiff is also deeply harmed by this.

72.   If these criminal accusations are true, the defendant is welcome to provide the court with detailed criminal cases, especially information about the perpetrators. "Victims "or " witnesses" are welcome to come to the court for questioning and let the jury judge whether it is true.It is impossible for a reasonable person to recognize an individual's accusation of a crime without a specific person accused. Moreover, as a criminal case, the evidence must be authentic, legal, and relevant to be effective evidence.

At the same time, our legal team in China is willing to accept the entrustment of victims of real crime cases through legal aid.

73.   The Alien Tort Statute (codified in 1948 s 28 U.S.C. §1350; ATS), also called the Alien Tort Claims Act (ATCA), is a section in the United States Code that gives federal courts jurisdiction over lawsuits filed by foreign nationals for torts committed in violation of international law.The Torture Victim Protection Act of 1991 ( TVPA ; Pub. L. 102–256 , HR 2092 , 106 Stat. 73 , enacted March 12, 1992 ) is a US statute that allows for the filing of civil suits in the United States against individuals who, acting in an official capacity for any foreign nation, committed  torture and/or extrajudicial killing . The statute requires a plaintiff to show exhaustion of local remedies in the location of the crime, to the extent that

such remedies are "adequate and available. "Plaintiffs may be US citizens or non-US citizens.

74.    If the defendant's accusations are true, why don't these so-called persecuted Uyghurs and their organizations file civil lawsuits for compensation against the perpetrators or responsible parties in the United States? This is because fabricating evidence or committing perjury in U.S. courts carries criminal legal risks, as outlined in 18 U.S. Code § 1621 - Perjury generally.

## Anti-Chinese sentiment in the United States

75.    Anti-Chinese sentiment in the United States began in the 19th century, shortly after Chinese immigrants first arrived in North America, and continues into the 21st century. It has taken many forms throughout history, including prejudice, racist immigration restrictions, murder, bullying, massacre, and other acts of violence. Anti-Chinese sentiment and violence in the country first manifested in the 1860s, when Chinese people were employed in the building of the world's first transcontinental railroad. Its origins can be traced partly to competition with white people for jobs and reports of Americans who had lived and worked in China and wrote relentlessly negative and unsubstantiated reports of locals.

76.    Violence against Chinese in California, Oregon, Washington, and throughout the country took many forms, including pogroms; expulsions, including the destruction of a Chinatown in Denver; and massacres such as the

Los Angeles Chinese massacre of 1871, the Rock Springs massacre, and the Hells Canyon Massacre. Anti-Chinese sentiment led to the federal Chinese Exclusion Act of 1882, which banned the naturalization and further immigration of people of Chinese descent. Amid discussions of "Yellow Peril", anti-Chinese sentiment was eventually extended to all Asians, leading to the broader Asian Exclusion Act of 1924.starting with the California Gold Rush in the middle 19th century, the United States — particularly the West Coast states — enlisted large numbers of Chinese migrant laborers. Early Chinese immigrants worked as gold miners, and later on subsequent large labor projects, such as the building of the first transcontinental railroad. The decline of the Qing Dynasty in China, instability and poverty caused many Chinese, especially from the province of Guangdong, to emigrate overseas in search of a more stable life, and this coincided with the rapid growth of American industry. Chinese people were considered by employers as "reliable" workers who would continue working, without complaint, even under destitute conditions.Chinese migrant workers encountered considerable prejudice in the United States, especially by the people who occupied the lower layers in white society, and Chinese "coolies" were used as a scapegoat for depressed wage levels by politicians and labor leaders.The phrase "yellow peril" was popularized in the U.S. by newspapers owned by William Randolph Hearst.It was also the title of a popular book by an influential U.S. religious figure, G. G. Rupert, who published The Yellow Peril; or, Orient vs. Occident in 1911. Based on the phrase "the kings from the East" in the Christian scriptural verse Revelation 16:12, Rupert made the claim that China, India, Japan and Korea were attacking the West, but that Jesus Christ would stop them.

77.    In 1862, the Anti-Coolie Act specifically taxed Chinese immigrants at rates over half their income to suppress their jobs and economic participation per

yellow peril tropes popular at that time.In the 1870s and 1880s, various legal discriminatory measures were taken against Chinese people.A notable example is that after San Francisco segregated its Chinese school children from 1859 until 1870, the law was amended in 1870 so the requirement to educate Chinese children could be dropped entirely. Another key piece of legislation was the Naturalization Act of 1870, which extended citizenship rights to African Americans but barred Chinese from naturalization on the grounds that they and other Asians could not be assimilated into American society. Unable to become citizens, Chinese immigrants were prohibited from voting and serving on juries, and dozens of states passed alien land laws that prohibited non-citizens from purchasing real estate, thus preventing them from establishing permanent homes and businesses. The idea of an "unassimilable" race became a common argument in the exclusionary movement against Chinese Americans. In particular, even in his lone dissent against Plessy v. Ferguson (1896), then-Supreme Court Justice John Marshall Harlan wrote of Chinese people as: "a race so different from our own that we do not permit those belonging to it to become citizens of the United States. Persons belonging to it are, with few exceptions, absolutely excluded from our country. I allude to the Chinese race."

78.    In 1949, the People's Republic of China was established. Due to misunderstandings and misjudgments between the United States and China, the two countries engaged in a bloody conflict on the Korean Peninsula. During the Vietnam War, China was North Vietnam's most important supporter and indirectly participated in the war.

79.    Though relations between the US and China normalized after the Sino-Soviet split and the 1972 visit by Richard Nixon to China, anti-Chinese sentiment has increased in the United States since the end of the Cold War,

especially since the 2010s, and its increase has been attributed to China's rise as a superpower, which is perceived as a primary threat to America's position as the world's sole superpower.

80.    The "China Initiative" was originally launched in 2018, has been widely criticized for its discriminatory, racially biased, and counterproductive approach towards scientists and individuals of Chinese descent. Throughout its short-lived two and a half years, the China Initiative disproportionately impacted Americans of Chinese descent, leading to racial profiling, witch-hunting, and an unusually high ratio of failed prosecutions, creating a climate of fear within our communities.The Department of Justice announced the end of the program on February 23, 2022.

81.    According to survey results released on 27 April 2023 based on 6,500 respondents, nearly 75% of Chinese Americans have experienced racism in the past twelve months with 7% having suffered property destruction, 9% physical assault or intimidation, 20% verbal or online harassment, and 46% unequal treatment.

82.    In recent years, there has been a significant increase in racial discrimination, hatred, and violence against Chinese people, which is directly related to the false portrayal by Western media and relevant organizations of the so-called genocide, crimes against humanity, and forced labor in China's Xinjiang. This has reached an unprecedented peak.

83.    To counter terrorism, separatism, and extremism, China, along with India and eight other countries, established the Shanghai Cooperation Organization. Its members cover an area of about 36 million square kilometers, about 3/5 of the total area of Asia and Europe, with a population of approximately 3.4 billion, about 43% of the world's total. China's counter-terrorism actions in

Xinjiang are also consistent with the United Nations Global Counter-Terrorism Strategy.

84.     China's approach of using educational training is legally justified and conforms to basic human rights and humanitarian standards, without any violence ; otherwise, it would be illegal and criminal. Interviews with participants in the educational training by Western media show that they themselves compare it to attending university. The New York Times' publication of 'The Xinjiang Papers' reveals the situation in the education and training centers, especially emphasizing 'absolute safety', which proves that the so-called killings, rapes, and torture in these centers are shameless lies. Solving terrorism through education rather than war is undoubtedly a sign of civilizational progress.

85.     Certain interest groups have exploited the Xinjiang issue to incite Muslim countries against China. However,"commends the efforts of the People's Republic of China in providing care to its Muslim citizens; and looks forward to further cooperation between the OIC and the People's Republic of China. " was made by MUSLIM COMMUNITIES AND MUSLIM MINORITIES IN THE NON-OIC MEMBER STATES during the 46TH SESSION OF THE COUNCIL OF FOREIGN MINISTERS in 2019.

86.     The initial implementation of China's family planning policy mainly involved coercive measures against the Han ethnicity. However, since the 2005 Family Planning Law, it has been enforced through fines for extra births, administrative penalties, or dismissal from work, eliminating violent coercion. The so-called forced sterilization of Uyghurs is completely baseless.

87.     The Chinese Constitution guarantees religious freedom, and criminal law protects this right. The idea that people are persecuted or convicted for legitimate religious practices is not credible.

88. Xinjiang is vast with a sparse population, and schools are concentrated in more populated areas. Boarding at primary, junior high, and senior high schools is common and is a normal part of national education, without any forced transfer of Uyghur students into Han Chinese communities.

89. Individual Uyghur orphans are cared for and educated by the government, and Han Chinese families adopting Uyghur children have been maliciously misrepresented by the defendant as 'the authorities have exercised cruel methods of child separation,placing the children of detained Uyghurs in state-run orphanages, and in some cases, putting those children up for adoption by Chinese families.' .

90. Max Baucus of former U.S. Ambassador to China, a metaphor for the relationship between the United States and China: "This is not a marriage based on love, but it is a marriage based on arrangement by the geopolitical forces of the world, and there's no divorce. No country's going to get off this planet. We're here. We learn how to accommodate each other." We believe that this arranger is Father God and Mother Earth.

91. The University of Notre Dame was founded by Rev. Edward F. Sorin, C.S.C., a priest of the Congregation of Holy Cross, a French missionary order."Notre Dame has grown from the vision of Father Sorin, who sought to establish a great Catholic university in America, and has remained faithful to both its religious and intellectual traditions. " It's very regrettable that the defendant's AMICI clearly violate not only 'You shall not bear false witness against your neighbor,' one of The Ten Commandments in Christianity, but also the wishes of Rev. Edward F. Sorin, C.S.C. priest.

92. Including the defendant, many made false statements that were believed by some Chinese children in the USA, causing them serious emotional

distress and undermining their connection to their Chinese heritage. The plaintiffs encountered this problem.

93.    The defendant's Statements were defamatory per se, because they have exposed in global village, to public discrimination, hate, contempt, ridicule, verbal abuse and physical violence as reported in many incidents across the U.S.A.The defendant's statements have caused serious consequences, and they are threatening, dangerous, and psychologically harmful to the plaintiffs，and undermining US-China    relations, and threatening world peace. The defendant's actions constitute racial discrimination, racial defamation, and racial hatred.

94.    Any reasonable person understands that there is no verifiable evidence for the so-called crimes of human rights violations in Xinjiang, and that the relevant allegations lack common sense. However, defendants fully accepts those false news, reports, and testimonies about human rights violations in Xinjiang provided by anti-Chinese forces, and ignores the protests, refutations of Chinese government and multiple white papers on Xinjiang, ignoring more than 60 news conferences on Xinjiang issues, ignoring the public protests and rebuttals in Xinjiang, including those by Uyghurs, ignoring visits of diplomats and journalists to Xinjiang from many countries, ignoring research reports refuted the case from countries including the United States, Italy, Sweden and, ignoring basic facts and ignoring the feelings of the Chinese people.The defendant was also involved in fabricating and spreading false information. The defendant organized relevant activities in the school to mislead and fakement to students. The repeated allegations of crimes against humanity and genocide in Xinjiang are false and harmful, lacking factual and evidential support. Such statements by the defendant constitute actual malice. This represents prejudice, discrimination, defamation, and hatred against the Chinese, motivated by politics and race.

95.    The so-called Xinjiang concentration camps, rape, forced labor, crimes against humanity, and genocide are all bullshit and hateful words. Hateful rhetoric can also stir dangerous emotions. The hate speech increases political polarization and that this, in turn, makes domestic terrorism more likely in U.S.A,Especially to Chinese Americans.

96.    The defendant's claim that alleged crimes of human rights violations, crimes against humanity, genocide, and forced labor against Uyghur and other ethnic minorities in Xinjiang are groundless and unreal. This is not only defamatory falsehoods for the Chinese government, but also for the Chinese people — mainly Han people — and Chinese Americans, resulted in serious emotional distress. The plaintiffs are American persons, It is a direct harm to us. The defendant actions caused damage to the reputation of plaintiffs. Defendants repeatedly making defamatory statements targeting Chinese American community thereby contributing to the increasing incidents of anti-Asian American communities, Chinese Americans to suffer emotional distress. Defendants has acted with fault, negligence and actual malice.

97.    Hate crimes targeting people of Asian descent in the U.S. rose by 70% last year compared with the number of such incidents in 2019, the FBI said. On January 15, 2022, an Asian Woman Dies After Being Pushed Onto Subway Tracks in Times Square. NYPD reports 361 percent increase in anti-Asian hate crimes since 2020. Roughly nine-in-ten U.S. adults (89%) consider China a competitor or enemy, rather than a partner. Speaking of China, three percent of people first think of the genocide of Uyghurs according to a new Pew Research Center survey.

98.    The defendant's actions are more malicious and have more serious consequences than those in the defamation cases of U.S. Dominion, Inc. v. Fox News Network, LLC.

99.    The Chinese government is the representative of the Chinese people recognized by the United Nations, and human rights violations must be caused by the actions of specific individuals, not by the government itself.The defendant spreads false information and makes vague and sweeping accusations of systematic human rights violations against the Uyghur people by a large number of Han people. This is a collective insult to the Han ethnic group, which makes up over 91% of China's population, potentially turning almost all Chinese people or their relatives and friends into suspects. In this modern era of civilization, such accusations lead Western populations to believe that the Chinese are too barbaric. Due to genetic reasons, the Han Chinese have physical appearances distinct from other ethnicities. The defendant's factless and intentionally false public accusations have racial characteristics and motivations. Therefore, the plaintiffs becomes a victim of these false accusations，Social reputation is damaged, feeling angry and painful,Teaching children about racial identity becomes a problem. In the interest of truth and justice, our lawsuit is primarily for ourselves and also represents all Chinese Americans and mainland Chinese compatriots. We also represent all Americans who have been deceived by the Xinjiang issue.

100.      From equality before God to equality before the law, human civilization has made great progress of human civilization.The Equal Protection Clause is a key provision of the United States Constitution, specifically found in the Fourteenth Amendment. The Equal Protection Clause is designed to ensure that all individuals are treated equally under the law, and that no state government can enact or enforce laws that discriminate against particular groups or individuals. This clause has been interpreted by the courts to prohibit various forms of discrimination based on race, color, national origin, sex, religion, and other protected characteristics.The Equal Protection Clause has played a significant role

in shaping civil rights and anti-discrimination laws in the United States. It has been used as a legal basis to challenge discriminatory practices in areas such as education, employment, housing, voting rights, and criminal justice.

101.    The Civil Rights Act of 1964 is landmark legislation that prohibits discrimination on the basis of race, color, religion, sex, or national origin in various areas. The defendant's behavior essentially constituted racial discrimination. The University of Notre Dame receives financial assistance from the United States Department of Education and is therefore subject to suit under Title VI of the Civil Rights Act of 1964. Its actions regarding the Xinjiang issue violate the provisions of this law, causing harm and distress to, but not limited to, Chinese American students, researchers, and fair-minded individuals at the university, constituting an infringement.The Chinese students at the defendant's school were unwilling to participate in the prosecution of the defendant for fear of retaliation.

102.    Defamation (also known as calumny, vilification, libel, slander, or traducement) is the oral or written communication of a false statement about another that unjustly harms their reputation and usually constitutes a tort or crime. To prove prima facie defamation, a plaintiff must show four elements:

1)  a false statement purporting to be fact;

2) publication or communication of that statement to a third person;

3) fault amounting to at least negligence; and ;

4) damages, or some harm caused to the person or entity who is the subject of the statement. This case, defendants's statements are not true, defendants's pattern of

spreading falsehood, misleading, showing negligence, committing actual malice, and have high impact.

99.     Therefore, (1) the defendant shall be held accountable for their actions and words; (2) the American people must not be deceived and fooled; (3) there is a large group of ordinary Americans in dire need of protection from the defendant's defamatory statements. They hope for and have the right to know the truth about Xinjiang. (4) The Argentine court should not be deceived or misled by illegal AMICI under the guise of the names of world-renowned universities.

100.    The intention of U.A.S. Founding Fathers on the First Amendment is to protect ordinary people and the press from dictators, rather than to allow Defendant to repeat lies and spread defamatory statements. Therefore, the First Amendment does not apply to Defendant in this case. The constitutional principle of "No One is Above the Law."

101.    New York Times Co. v. Sullivan, 376 U.S. 254 (1964)'s primary holding is: To sustain a claim of defamation or libel, the First Amendment requires that the plaintiff show that the defendant knew that a statement was false or was reckless in deciding to publish the information without investigating whether it was accurate. The defendants involved in the case possess basic common sense, and any claims of killings, rape, or other violations against all Uyghurs in Xinjiang should be based on basic facts and evidence. Knowing there is no evidence yet

still spreading such claims constitutes intent and malice, rather than mere negligence.

102.    The defendant should be clear that all the allegations of human rights violations and crimes in Xinjiang have no perpetrators, so they are all untenable, and false. Moreover, the defendants ignored the Chinese government's white papers, press conferences and related research reports on Xinjiang, including the rebuttals and appeals of scholars in United states, and public rebuttals of Uighurs in Xinjiang. Jeffrey D. Sachs, William Schabas:The Xinjiang Genocide Allegations Are Unjustified.

103.    **In *State v. Brady (1890)*, the court held that "the law is elementary that a libel need not be on a particular person, but may be upon a family, or a class of persons, if the tendency of the publication is to stir up riot and disorder, and incite to a breach of the peace."** The defendant's conduct was directed against a class of persons, including the plaintiffs. Cases such as *Ones v. State of Texas (1897)*, *People v. Spielman (1925)*, and *Beauharnais v. Illinois*, 343 U.S. 250 (1952), played a significant role in shaping the American legal conception of group libel. Notably, *Beauharnais* upheld the constitutionality of group libel laws, affirming that criminal and civil libel liabilities are consistent with constitutional principles in certain contexts.The defendant submits that the purpose of the Amicus is to incite the Argentine court to recognize the existence

of genocide and crimes against humanity in China, and to provoke conflict, even war, between the United States and China.

Historically, the trial of Crown v. John Peter Zenger (1735) established the principle of truth as a defense against libel. While this trial focused primarily on individual libel and press freedom, it laid the groundwork for modern libel jurisprudence. In such cases, juries were granted authority to rule on allegations and determine monetary damages, providing a precedent for balancing free speech with reputational harm.

The aim of Mr. Nury Turkel, an American Uyghur, in participating in the AMICI is to cause contradictions, conflicts and, ideally, war in US-China relations, in the hope that the Uyghurs will become independent in Xinjiang.

**104.   According to the 2024 Indiana Code 34-15-1, 2, the defendant is responsible for presenting evidence to the court to prove "the truth of the matter charged as defamatory."**

105.   Chinese civilization is one of the oldest continuously existing civilizations in the world's history. Chinese civilization is unique in its continuity and adaptation through various dynasties and changes, maintaining a continuous cultural and historical identity.It made major contribution to human civilization, but it has fallen behind in modern times. After the reform and opening-up, it has

been integrating into the international system dominated by the United States, striving to make contribution to the world's civilization and progress. With a population of 1.4 billion, China is a founding member of the United Nations and a permanent member of the Security Council that has a major responsibility for the development and security of mankind. It is very wrong for Defendants to demonize China in this way. U.S. president Donald Trump said ： China and the U.S. could work together to solve all of the problems of the world .

106.     The defendant disregarded the facts and legal provisions, fabricated or spread lies about the so-called human rights crimes, forced labor, crimes against humanity, and genocide in Xinjiang, which are also racial hatred and discrimination.In particular, it creates a hostile and hateful environment and pressure on Chinese students and visiting scholars studying with the accused.

107.     Conduct of the accused ，defrauding the American people harming the interests of the American people, especially the interests of Chinese / Asian Americans, damaging the plaintiff's reputation, causing difficulties for Chinese Americans to live, study, and work in the United States, Emotional Distress, and increasing the risk of racial hatred, discrimination, and harm. At the same time, it undermined the normal international relations between the United States and China, created divisions in the international community, and endangered international peace.

## Prayer for Relief and Jury Demanded

108.    We prayer for the honor judge and jury in this case: The scams and farce in Xinjiang are the products of the Western world that artificially manipulate media supervision power, manipulate executive power, manipulate legislative power, and manipulate the think tank. We ask you to demonstrate to the people of the world the objectivity and fairness of American justice and the vitality of Western civilization through this trial! Plaintiffs respectfully demands a trial by jury, help the plaintiffs teach the defendant a lesson it will never forget:

109.    Confirm that there is no evidence to prove that the so-called illegal detention, torture, abuse, rape, forced sterilization, forced abortion, forced labor and other human rights crimes against Uyghur and other ethnic minorities in Xinjiang, China,    The so-called crimes against humanity and genocide are not fact.

110.    Without factual legal basis, the defendant' statement that it were illegal detention, torture, abuse, torture, rape, forced sterilization, forced abortion, forced labor and other human rights crimes that violated human rights in Xinjiang, against Uyghur and other ethnic minorities, so-called crimes against humanity and genocide constitute defamation against China, Chinese people, including global Chinese, and the plaintiffs;

111.    Wherefore, Plaintiffs respectfully prays for the Court to enter an

award and judgment in its favor, and against Defendant liable for:

A.    Withdraw the AMICI and delete the defendant's relevant false information on the Internet;

B.    Publicly apologize to the Chinese and American people in the major media of the United States and Argentina, as well as on the defendant's website ;

C.    Revoke Notre Dame Prize for Religious Liberty recipient Nury Turkel.

D.    $1.00 as an apology to every American and Pacific Islanders (AAPI) living in the United States, total $$0.331 billion based on the latest estimate by the U.S. Census on Apr. 19, 2021.

E.    $1.00 as an apology to every Chinese people live in mainland China, total $1.41 billion based on the latest estimate by the China Census on November 1, 2020.

F.    Additional punitive damages in an amount to be determined at trial.

G.    Reasonable and necessary attorneys' fees;

H.    Reasonable and necessary cost of the suit;

I.    Declarative and injunctive relief;

J.    Such other and further relief as this Court deems just and appropriate.

112.    The defendant's compensation (D &E &F)    is paid directly to Pacific Research and Education Institute to establish the US-China Pacific Foundation supports research on public policies in the United States and China, supervises

media and academic institutions that harm the public interest, supervises false testimony in Congress, unconstitutional legislation, and pursue peace, progress, prosperity of the world.

We declare under penalty of perjury that the allegations in the complaint are true.

Respectfully submitted

Dated:        **February 6, 2025**

Bing Chen , Jie Chen

Bing Chen
PO Box 4813 Rockville MD 20849



9589 0710 5270 1331 0213 41

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

9589 0710 5270 1331 0213 41

Retail

U.S. POSTAGE PAID
FCM LG ENV
ROCKVILLE, MD 20850
FEB 11, 2025

46204    **$8.86**

S2324M501700-22

RDC 99

TO:     US District Court - Southern Indiana

46 E OHIO St, Indianapolis, IN 46204

**FILED**

FEB 19 2025 DSH

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA