UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BING CHEN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-00330-RLY-MJD |
| | ) | |
| UNIVERSITY OF NOTRE DAME, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

This case was filed on February 19, 2025. More than 90 days have passed, and there is no indication that the Plaintiffs have served the Defendant. Accordingly, the Plaintiffs are **ORDERED TO SHOW CAUSE**, in writing, **on or before July 2, 2025**, why this case should not be dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED.

Dated: 12 JUN 2025

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

BING CHEN
PO Box 4813
Rockville, MD 20849

JIE CHEN
PO Box 4813
Rockville, MD 20849