UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BING CHEN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:25-cv-00330-RLY-MJD |
| ) | |
| UNIVERSITY OF NOTRE DAME, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on Plaintiffs' motion entitled Plaintiffs' Motion to Compel Defendant to Produce Verifiable Evidence of Alleged Genocide and Crimes Against Humanity in Xinjiang or to Withdraw the Amicus Brief Filed in Argentina, and Requesting Jury Determination of Remedies. [Dkt. 22.] This is the second such motion filed by Plaintiffs, and once again it is **DENIED** as premature. Discovery may not commence until the Court issues an Order regarding discovery and establishing deadlines in this case. To the extent that Plaintiffs' motion seeks something other than discovery, Plaintiffs have not indicated the procedural rule under which they believe they are entitled to the relief they seek at this stage in the litigation. The Indiana statute cited by Plaintiffs, Ind. Code § 34-15-1-2, sets forth the burden of proof at trial; it does not establish a duty of Defendant to produce information outside of the usual discovery process.

SO ORDERED.

Dated: 12 NOV 2025

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

Bing Chen
11169 Captains Walk Ct
North Potomac, MD 20878

Jie Chen
11169 Captains Walk Ct
North Potomac, MD 20878